Case 1:24-cv-00165   Document 16   Filed 01/16/26 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
January 16, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| LEE BONIFACIO ROMO, | § |
| Plaintiff, | § § § |
| VS. | § § CIVIL ACTION NO. 1:24-CV-165 |
| CAROLYN W COLVIN, | § § § |
| Defendant. | § |

# ORDER

Plaintiff Lee Bonifacio Romo filed a Complaint seeking review of the Commissioner of the Social Security Administration's decision to deny him disability benefits based on an Administrative Law Judge's finding. After the development of the administrative transcript record, a United States Magistrate Judge ordered dispositive briefing from the parties, which they submitted. (Order, Doc. 9; Romo's Brief, Doc. 10; SSA Brief, Doc. 14)

In November 2025, based on the record and the applicable law, the Magistrate Judge issued a Report and Recommendation recommending that the Court affirm the final decision of the Commissioner. (R&R, Doc. 15) No party objected to the Report and Recommendation.

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72(b), Advisory Comm. Note (1983). The Court has reviewed the Report and Recommendation and finds no clear error within it.

As a result, the Court **ADOPTS** the Report and Recommendation (Doc. 15). It is:

**ORDERED** that the final decision of the Commissioner of the Social Security Administration is **AFFIRMED**.

Each party shall bear its own fees and costs.

This is a final and appealable order.

The Clerk of Court is directed to close this case.

Signed on January 16, 2026.

*Fernando Rodriguez, Jr.*
_____
Fernando Rodriguez, Jr.
United States District Judge